# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MICHAEL BUSH,

              Plaintiff,

v.

THE WANG CENTER FOR THE PERFORMING
ARTS, INC. d/b/a Boch Center,

              Defendant.

Case No.: 1:22-cv-10473-GAO

## DEFENDANT THE WANG CENTER FOR THE
## PERFORMING ARTS, INC. D/B/A BOCH CENTER'S MOTION TO DISMISS

Defendant The Wang Center for the Performing Arts, Inc. d/b/a Boch Center ("The Wang Center") hereby moves to dismiss all claims asserted in the Complaint filed by the plaintiff, Michael Bush, pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons articulated in the Memorandum in Support of The Wang Center for the Performing Arts, Inc. d/b/a Boch Center's Motion to Dismiss ("Memorandum"), which is supported by Exhibit A, appended to the Memorandum, and the Affidavit of Michael Szczepkowski, each count in Plaintiff's Complaint fails to state a claim upon which relief can be granted. They should thus be dismissed with prejudice.

## REQUEST FOR ORAL ARGUMENT

Given the dispositive nature of the motion and the issue of law presented throughout the Memorandum, The Wang Center hereby respectfully requests oral argument on the present motion pursuant to Local Rule 7.1(d) of the U.S. District Court for the District of Massachusetts.

Dated:  April 5, 2022

Respectfully submitted,

The Wang Center for the Performing Arts, Inc.
d/b/a Boch Center

By its attorneys,

/s/ *Bruce E. Falby*
Bruce E. Falby (BBO No. 544143)
Kelsey Tavares (BBO No. 705934)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)
bruce.falby@us.dlapiper.com
kelsey.tavares@us.dlapiper.com

*Counsel for Defendant*

## LOCAL RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for Defendant certifies that they contacted counsel for Plaintiff in an attempt to confer on the issues addressed by this Motion on April 5, 2022. During that call, the parties engaged in a good-faith effort to resolve or narrow the issues raised by this motion; however, they were unable to do so.

/s/ *Bruce E. Falby*
Bruce E. Falby

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been furnished this 5th

day of April, 2022 via the Court's ECF system to:

    Richard C. Chambers, Jr., Esq.
    Chambers Law Office
    220 Broadway, Suite 404
    Lynnfield, MA 01940

*Counsel for Plaintiff*

                  /s/ *Bruce E. Falby*
                  Bruce E. Falby