# **<u>EXHIBIT A</u>**



**This is your ticket.**
Present this entire page at the event.

*ticketmaster*®

ISSUED TO  MICHAEL BUSH     SECTION ORCHRC  ROW  S   SEAT   4

ORDER NUMBER 57-39647 NY2

| | |
|---|---|
| WT0903C | ORCHRC S 4 ADULT |
| 100.00 | ORCH RIGHT CTR 100.00 |
| 21.00 | NEDERLANDER PRESENTS |
| ORCHRC | IL DIVO |
| AM 17X | FOR ONCE IN MY LIFE TOUR |
| S | WANG THEATRE |
| ZIP482A | 270 TREMONT ST. BOSTON MA |
| 8FEB22 | POSTPONED DATE/TIME TBA |

EWT0903C
17X
CN 19076
ORCHRC
AM127ZIP
S
A 100.00
4

0778 1945 4937 3111  © 2021 Ticketmaster. All rights reserved.





This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply. e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.

**Important Instructions:**

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.



**You Got the Tickets**

Order # 57-39647/NY2



**Il Divo - For Once In My Life Tour**

Friday, September 03, 2021 8:00 PM EDT

Boch Center Wang Theatre — Boston, Massachusetts
Get Directions

Sec ORCHRC, Row 5, Seat 4
Sec ORCHRC, Row 5, Seat 6

View Order Details

**Important Information**



Important Event Info
Prices are subject to change at any time without notice. You may purchase tickets (free of service charges) in person at the Boch Center box office, located at 270 Tremont Street in Boston. The box office is open for advance sales Monday thru Friday from 12-6pm and on the day of a show at least 2 hours prior and until at least one half-hour after the advertised show time. Some special offers, such as Platinum tickets, may not be available in person at the box office. All sales are final.

Please Note: As official local health guidelines evolve regarding COVID-19 safety protocols, the venue may shift seating configurations and increase capacity.



**Your Phone's Your Ticket**

Download our App and sign in.
Tap My Events, find your order, and view tickets.
To get in, scan your ticket right from your phone.

Download Our App      See How It Works

TIP: View your tickets before you go so they're loaded in our App, just in case cell service is slow at the venue.

**Payment Summary**                                        View Details

Payment Method                                      Total: $244.50
American Express — 2002

Go Mobile: Your phone's your ticket. Locate your tickets in your account - or in your app. When you go mobile, your tickets will not be emailed to you or available for print.

Print-at-Home: Log into your account from a computer - not a phone or tablet. From your order, view and print your tickets. When you print-at-home, your tickets will not be emailed to you.

**Things to Know**

Manage Your Account

For more information visit our Help Center





DON'T *live life* WITHOUT IT™

LEARN MORE



Stay Connected

Ticketmaster  |  About  |  Terms of Use  |  Privacy  |  International

1000 Corporate Landing Charleston, WV 25311
© 2022 Ticketmaster. All rights reserved.