UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BUSH,

    Plaintiff,

v.

THE WANG CENTER FOR THE PERFORMING ARTS, INC. d/b/a Boch Center,

    Defendant.

Case No.: 1:22-cv-10473-GAO

## AFFIDAVIT OF COUNSEL

I Richard C. Chambers, Jr., Esq., on oath, depose and state that the facts set forth in the *Motion to Withdraw as Counsel for the Plaintiff, Michael Bush*, are true and accurate to the best of my knowledge.

Signed under the pains and penalties of perjury this 6th day of April, 2022.

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr., Esq.