# EXHIBIT A

# 2281CV00628 Bush, Michael vs. The Wang Center for the Performing Arts, Inc. Doing Business as Boch Center

- Case Type:
- Contract / Business Cases
- Case Status:
- Closed
- File Date
- 01/31/2022
- DCM Track:
- F - Fast Track
- Initiating Action:
- Services, Labor and Materials
- Status Date:
- 03/29/2022
- Case Judge:
- Next Event:

**All Information** | **Party** | **Tickler** | **Docket** | **Disposition**

## Party Information

**Bush, Michael**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney |
|  | Chambers, Jr., Esq., Richard Cullin |
|  | Bar Code |
|  | 651251 |
|  | Address |
|  | Chambers Law Office |
|  | 220 Broadway Suite 404 |
|  | Lynnfield, MA  01940 |
|  | Phone Number |
|  | (781)581-2031 |

More Party Information

**The Wang Center for the Performing Arts, Inc.**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 01/31/2022 | 05/02/2022 | 91 | 03/29/2022 |
| Answer | 01/31/2022 | 05/31/2022 | 120 | 03/29/2022 |
| Rule 12/19/20 Served By | 01/31/2022 | 05/31/2022 | 120 | 03/29/2022 |
| Rule 12/19/20 Filed By | 01/31/2022 | 06/30/2022 | 150 | 03/29/2022 |
| Rule 12/19/20 Heard By | 01/31/2022 | 08/01/2022 | 182 | 03/29/2022 |
| Rule 15 Served By | 01/31/2022 | 05/31/2022 | 120 | 03/29/2022 |
| Rule 15 Filed By | 01/31/2022 | 06/30/2022 | 150 | 03/29/2022 |
| Rule 15 Heard By | 01/31/2022 | 08/01/2022 | 182 | 03/29/2022 |
| Discovery | 01/31/2022 | 11/28/2022 | 301 | 03/29/2022 |
| Rule 56 Served By | 01/31/2022 | 12/27/2022 | 330 | 03/29/2022 |
| Rule 56 Filed By | 01/31/2022 | 01/26/2023 | 360 | 03/29/2022 |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Final Pre-Trial Conference | 01/31/2022 | 05/26/2023 | 480 | 03/29/2022 |
| Judgment | 01/31/2022 | 01/31/2024 | 730 | 03/29/2022 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/31/2022 | Attorney appearance<br>On this date Richard Cullin Chambers, Jr., Esq. added for Plaintiff Michael Bush | | |
| 01/31/2022 | Case assigned to:<br>DCM Track F - Fast Track was added on 01/31/2022 | | |
| 01/31/2022 | Original civil complaint filed. | 1 | Image |
| 01/31/2022 | Civil action cover sheet filed. | 2 | Image |
| 01/31/2022 | Demand for jury trial entered. | | |
| 02/24/2022 | Plaintiff Michael Bush's Assented to Notice of withdrawal of plaintiff's counsel Richard Chambers. | 3 | Image |
| 03/02/2022 | Endorsement on Notice of withdrawal of Richard C. Chambers, Jr., Esq., as counsel for plaintiff (#3.0):<br>DENIED<br>without prejudice, must comply with Rule 9A<br><br>Judge: Doolin, Hon. Michael | | Image |
| 03/21/2022 | Service Returned for<br><br>Defendant The Wang Center for the Performing Arts, Inc. Doing Business as Boch Center: Service made in hand; 3/10/22 | 4 | Image |
| 03/29/2022 | REMOVED to the U.S. District Court | | |
| 03/29/2022 | Case transferred to another court. | | |
| 03/29/2022 | Notice of Removal to the United States District Court filed by<br><br>Defendant, The Wang Center for the Performing Arts, Inc., d/b/a Boch Center on 3/29/2022 | 5 | Image |
| 04/01/2022 | Pleading titled, Assented to Motion to Withdraw, filed with the court on 04/01/2022, returned to Richard Cullin Chambers, Jr., Esq. Michael Bush<br>Case Removed to the U.S. District Court on 03/29/2022. | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Transferred to another Court | 03/29/2022 | |