# EXHIBIT C

| NOTICE OF RETURNED PLEADING | DOCKET NUMBER<br>2281CV00628 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Michael Bush vs. The Wang Center for the Performing Arts, Inc. Doing Business as Boch Center | | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
| TO:<br>Richard Cullin Chambers, Jr., Esq.<br>Chambers Law Office<br>220 Broadway Suite 404<br>Lynnfield, MA 01940 | | COURT NAME & ADDRESS<br>Middlesex Superior - Lowell<br>370 Jackson Street<br>Lowell, MA 01852 |

Pleading titled, Assented to Motion to Withdraw, filed with the court on 04/01/2022, returned to Richard Cullin Chambers, Jr., Esq. Michael Bush
Case Removed to the U.S. District Court on 03/29/2022.

| DATE ISSUED<br>04/01/2022 | ASSISTANT CLERK | | SESSION PHONE# |
|---|---|---|---|

Date/Time Printed: 04-01-2022 14:14:26

SCV074\ 11/2014

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: 2281CV00628

MICHAEL BUSH,

    Plaintiff,

v.

THE WANG CENTER FOR THE PERFORMING ARTS, doing business as BOCH CENTER.

    Defendants.

## ASSENTED TO MOTION TO WITHDRAW

I, Richard C. Chambers, Jr., Esq., ("Counsel") for the Plaintiff, MICHAEL BUSH, ("Plaintiff") in the above-entitled action, respectfully request that this Honorable Court allow me to withdraw my appearance on behalf of the Plaintiff.

As grounds and reasons therefore, Counsel submits that he has spoken with the Plaintiff, who advised Counsel that he would moving forward in a *pro se* capacity.

I, Michael Bush, hereby assent to the Withdrawal of Attorney Richard C. Chambers, Jr., as attorney of record in the above-entitled action and I will be moving forward in a *pro se* capacity in this matter.

*Michael Bush*

Plaintiff, Michael Bush

DATED: March 15, 2022

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

APR 0 1 2022

CLERK

1

Respectfully submitted,

DATED: March 15, 2022

Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I, Richard C. Chambers, Jr., Esq., hereby certify that I caused a true copy of the foregoing document to be served upon the Defendant, via U.S. First Class Mail, postage pre-paid, as follows:

The Wang Center for the Performing Arts
D/B/A Boch Center
270 Tremont Street
Boston, MA 02116

DATED: March 15, 2022

Richard C. Chambers, Jr., Esq.

2

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: 2281CV00628

MICHAEL BUSH,

    Plaintiff,

v.

THE WANG CENTER FOR THE PERFORMING ARTS, doing business as BOCH CENTER.

    Defendants.

## NOTICE OF FILING

I, Richard C. Chambers, Jr., hereby certify that I have given notice of filing of the following documents to the Defendant, at 120 Tremont Street, Boston, MA 02116, via U.S. First Class Mail, postage pre-paid:

- Plaintiff's Assented to Motion to Withdraw.
- Affidavit of Compliance; and
- Rule 9A List of Documents.



FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

APR 01 2022

CLERK

1

Respectfully submitted,
Michael Bush,
By his attorney,

DATED: March 30, 2022

Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I, Richard C. Chambers, Jr., Esq., hereby certify that I caused a true copy of the foregoing document to be served upon the Defendant, via U.S. First Class Mail, postage pre-paid, as follows:

The Wang Center for the Performing Arts
D/B/A Boch Center
270 Tremont Street
Boston, MA 02116

DATED: March 30, 2022

Richard C. Chambers, Jr., Esq.

2

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: 2281CV00628

MICHAEL BUSH,

    Plaintiff,

v.

THE WANG CENTER FOR THE PERFORMING ARTS, doing business as BOCH CENTER.

    Defendants.



FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX

APR 01 2022

CLERK

## AFFIDAVIT OF COMPLIANCE

I, Richard C. Chambers, Jr., being duly sworn, depose and state:

1) I am a member in good standing of the Supreme Judicial Court of Massachusetts.

2) I represent Michael Bush in the above-captioned matter. On March 30, 2022, I served the Plaintiff's *Assented to Motion to Withdraw* upon the Defendant, The Wang Center for the Performing Arts, doing business as Boch Center, by serving same, to 270 Tremont Street, Boston, MA 02116, via U.S. First Class Mail, postage pre-paid.

3) As of the below date, I have received no opposition to the Plaintiff's *Assented to Motion to Withdraw*.

4) I have complied with the requirements of Massachusetts Superior Court Rule 9A, and updated COVID Supreme Judicial Court orders and I am forwarding with this motion all documents I have received in response thereof.

1

Signed under the pains and penalties of perjury this 30th day of March, 2022.

DATED: March 30, 2022

Respectfully submitted,
Michael Bush,
By his attorney,

_____
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: richard@chamberslawoffice.com

**CERTIFICATE OF SERVICE**

I, Richard C. Chambers, Jr., Esq., hereby certify that I caused a true copy of the foregoing document to be served upon the Defendant, via U.S. First Class Mail, postage pre-paid, as follows:

The Wang Center for the Performing Arts
D/B/A Boch Center
270 Tremont Street
Boston, MA 02116

DATED: March 30, 2022

_____
Richard C. Chambers, Jr., Esq.

2

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                            SUPERIOR COURT DEPARTMENT
                                                          CIVIL ACTION NO.: 2281CV00628

MICHAEL BUSH,

        Plaintiff,

v.

THE WANG CENTER FOR THE
PERFORMING ARTS, doing business
as BOCH CENTER.

        Defendants.

## RULE 9A LIST OF DOCUMENTS

Pursuant to Massachusetts Superior Court Rule 9A, Plaintiff, Michael Bush, submit the following documents:

- Assented to Motion to Withdraw;
- Notice of Filing;
- Affidavit of Compliance with Superior Court Rule 9A.

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

APR 0 1 2022

CLERK

1

DATED: March 30, 2022

Respectfully submitted,
Michael Bush,
By his attorney,

*[signature]*
Richard C. Chambers, Jr., Esq.
BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940
Office: (781) 581-2031
Cell: (781) 363-1773
Fax: (781) 581-8449
Email: richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I, Richard C. Chambers, Jr., Esq., hereby certify that I caused a true copy of the foregoing document to be served upon the Defendant, via U.S. First Class Mail, postage pre-paid, as follows:

The Wang Center for the Performing Arts
D/B/A Boch Center
270 Tremont Street
Boston, MA 02116

DATED: March 30, 2022

*[signature]*
Richard C. Chambers, Jr., Esq.

2

# Chambers Law Office

Richard C. Chambers, Jr.
Joseph Spinale
John P. Rauseo †
Matthew Littleton *
Kevin McGrath *
Robert Joost *

Paralegal *
Of Counsel †

Telephone: (781) 581-2031
Facsimile: (781) 581-8449

220 Broadway, Suite 404
Lynnfield, Massachusetts 01940

www.ChambersLawOffice.com

March 30, 2022

**SENT VIA U.S. FIRST CLASS MAIL**

Middlesex Superior Court- Woburn
Civil Clerk's Office
200 Tradecenter
Woburn, MA 01801

**Re:** *Michael Bush v. The Wang Center for the Performing Arts, doing business as Boch Center*
Civil Action No.: 2281CV00628

Dear Sir/Madam,

Pursuant to Superior Court Rule 9A, kindly find enclosed the following documents:

- Plaintiff's Assented to Motion to Withdraw;
- Notice of Filing;
- Affidavit of Compliance; and
- Rule 9A List of Documents.

Kindly file in your usual manner.

Thank you for your attention in this matter. Should you have any questions or concerns, please do not hesitate to contact my office.

Yours truly,

Richard C. Chambers, Jr., Esq.

Enclosures

cc:     Defendant (via U.S. First Class Mail)

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

APR 01 2022

CLERK

1