# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MICHAEL BUSH

           Plaintiff        CIVIL ACTION

                               NO. 22-10473-GAO

V.

THE WANG CENTER FOR THE PERFORMING ARTS d/b/a BOCH CENTER

          Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiffs, MICHAEL BUSH for an order of Default for failure of the Defendant, THE WANG CENTER FOR THE PERFORMING ARTS, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 18th day of April, 2022.

ROBERT M. FARRELL
CLERK OF COURT

By:    /s/Paul Lyness
       Deputy Clerk

Notice mailed to: