

To: Whom It May Concern
Re: Mask mandate
Date: September 14, 2021

I have interviewed and examined Mr. Michael Bush. I have found him to have contraindications to mask wearing for a private medical condition. He is therefore exempt from the mask mandate according to the letter from Governor Baker dated May 28, 2021.

Sincerely

*Diggs MD*

**John Diggs MD LLC**
2030 Boston Road, Suite 2
Wilbraham MA 0195

Tel: 413-300-2233
Fax: 413-271-1132
Email: JohnDiggs@JohnDiggsMD.com