UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BUSH, PRO SE
        PLAINTIFF

v.

THE WANG CENTER FOR THE     Civil Action No. 1:22-cv-10473-GAO
PERFORMING ARTS, INC.
        DEFENDANT

## REQUEST FOR PERMISSION TO FILE ELECTRONICALLY

Pursuant to section E(2) of the CM/ECF Administrative Procedures document for this Court, the undersigned Pro Se Plaintiff hereby requests that the Court grant him permission to file case documents electronically.

The Plaintiff regularly prepares electronic documents in various formats (including PDF) and is already experienced with filing documents electronically in another of this court's cases via its CM/ECF system. The ECF process in this case will facilitate more prompt and certain filing of documents as well as relieve the Court personnel of having to process papers that would otherwise be mailed to them. So the Plaintiff views this as a win-win.

Therefore, the Plaintiff respectfully requests that the Court allow his attorney's pending motion to withdraw as counsel and grant this Plaintiff's request for permission to file case documents electronically as a Pro Se Plaintiff.

Page 1 of 2

Signed: *Michael Bush*                              April 26, 2022

Michael Bush
Address: 280 Lowell Street, Carlisle MA 01741
Telephone: 978-734-3323
E-mail: bmoc54@verizon.net