UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br><br>    Plaintiff,<br><br>v.<br><br>THE WANG CENTER FOR THE PERFORMING ARTS, INC. d/b/a Boch Center,<br><br>    Defendant. | Case No.: 1:22-cv-10473-GAO |

### AFFIDAVIT OF MICHAEL SZCZEPKOWSKI IN SUPPORT OF THE WANG CENTER FOR THE PERFORMING ARTS, INC. D/B/A BOCH CENTER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

I, Michael Szczepkowski, hereby state as follows:

1. I am the Vice President and General Manager of The Wang Center for the Performing Arts, Inc. d/b/a Boch Center ("Wang Center"). I make the following statements based upon my personal knowledge and belief in support of Wang Center's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint.

2. Appended to the Memorandum in Support of Wang Center's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint as **Exhibit A** are true and accurate copies of the tickets purchased by Michael Bush for the Il Divo "For Once in My Life" Tour show to be held at the Boch Center Wang Theatre on September 3, 2021, and the Cirque Dream Holidaze show to be held at the Boch Center Shubert Theatre on December 11, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Szczepkowski
Michael Szczepkowski

Dated: May 3, 2022