# **<u>EXHIBIT A</u>**








