UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE WANG CENTER FOR THE PERFORMING )<br>ARTS, INC. )<br>d.b.a. Boch Center )<br>)<br>Defendant ) | CIVIL ACTION NO:<br>1:22-cv-10473-GAO |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S 1st AMENDED COMPLAINT UNDER RULE 12(b)(6)

*Pursuant to Local Rule of Civil Procedure 7.1(b)(2)*

Plaintiff opposes herewith the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Under Rule 12(b)(6), directing the Court's attention to his Memorandum herein.

## TABLE OF CONTENTS

Memorandum .................................................................................................................................. 3
    I.    The Defendant's motion is defective ................................................................................ 3
    II.   Standard of Review .......................................................................................................... 3
    III.  Impertinent and prejudicial material in the memorandum ............................................. 4
    IV.  The terms and conditions cannot be unlawful ................................................................. 5
    V.   The complaint *does* state breaches of contract and the covenant of good faith and fair dealing .................................................................................................................................... 5
    VI.  The complaint *does* allege facts supporting the Misrepresentation claim ...................... 7
    VII. The Defendant's arguments about the Plaintiff's M.G.L. Ch. 93A claim are invalid .... 8
    VIII. The Plaintiff sufficiently pled claims pursuant to the ADA and Massachusetts Public Accommodations statutes ........................................................................................................ 8
        The Plaintiff did exhaust administrative remedies ........................................................ 12
    IX   The Plaintiff cannot assert physical harm from the emotional distress ....................... 13
    X.    The 42 U.S.C. § 1983 claim holds up. The 18 U.S.C. § 242 claim does not .................. 13
Summary & Conclusion ............................................................................................................... 15

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: 5/16/22

*/s/ Richard C. Chambers, Jr.*
Richard C. Chambers, Jr., Esq.