# 2077CV00431 Paul Moran on behalf of Themselves and all others similarly situated et al vs. Stonehill College, INC.

- Case Type:
- Contract / Business Cases
- Case Status:
- Open
- File Date
- 05/07/2020
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Contract Action
- Status Date:
- 05/07/2020
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Moran, Paul**
- Plaintiff

| **Alias** | **Party Attorney** |
|---|---|
| | - Attorney |
| | - Forrest, Esq., Michael C |
| | - Bar Code |
| | - 681401 |
| | - Address |
| | - Forrest, Mazow, McCullough, YasiandYasi, PC<br>2 Salem Green<br>Suite 2<br>Salem, MA  01970 |
| | - Phone Number |
| | - (877)599-8890 |
| | - Attorney |
| | - Mazow, Esq., Robert E |
| | - Bar Code |
| | - 567507 |
| | - Address |
| | - Mazow and McCullough, PC<br>10 Derby Square 4th Floor<br>Salem, MA  01970 |
| | - Phone Number |
| | - (978)744-8000 |
| | - Attorney |
| | - Yasi, Esq., John Richard |
| | - Bar Code |
| | - 556904 |
| | - Address |
| | - Yasi and Yasi<br>Two Salem Green<br>Salem, MA  01970 |
| | - Phone Number |
| | - (978)741-0400 |

**More Party Information**

**Moran, Matthew**
- Plaintiff

| **Alias** | **Party Attorney** |

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Forrest, Esq., Michael C<br>- Bar Code<br>- 681401<br>- Address<br>- Forrest, Mazow, McCullough, YasiandYasi, PC<br>  2 Salem Green<br>  Suite 2<br>  Salem, MA  01970<br>- Phone Number<br>- (877)599-8890<br>- Attorney<br>- Mazow, Esq., Robert E<br>- Bar Code<br>- 567507<br>- Address<br>- Mazow and McCullough, PC<br>  10 Derby Square 4th Floor<br>  Salem, MA  01970<br>- Phone Number<br>- (978)744-8000<br>- Attorney<br>- Yasi, Esq., John Richard<br>- Bar Code<br>- 556904<br>- Address<br>- Yasi and Yasi<br>  Two Salem Green<br>  Salem, MA  01970<br>- Phone Number<br>- (978)741-0400 |

[More Party Information](#)

**Stonehill College, INC.**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Demoura, Esq., Kenneth J<br>- Bar Code<br>- 548910<br>- Address<br>- DeMoura Smith LLP<br>  607 North Ave<br>  Suite F<br>  Wakefield, MA  01880<br>- Phone Number<br>- (781)914-3770<br>- Attorney<br>- Flynn, Esq., Thomas V<br>- Bar Code<br>- 633100<br>- Address<br>- Stonehill College<br>  320 Washington St<br>  Easton, MA  02357<br>- Phone Number<br>- (508)565-1413<br>- Attorney<br>- Smith, Esq., Robert Bruce<br>- Bar Code<br>- 546580<br>- Address<br>- Demoura Smith LLP<br>  607 North Ave<br>  Suite F<br>  Wakefield, MA  01880<br>- Phone Number<br>- (781)914-3773 |

[More Party Information](#)

## Events

| Date | Session | Location | Type | Event Judge | Result |
| --- | --- | --- | --- | --- | --- |
| 11/05/2020 12:30 PM | Civil A | SALEM-5th FL, CR H (SC) | Rule 12 Hearing | Howe, Hon. Janice W | Rescheduled |
| 11/17/2020 02:00 PM | Civil A | SALEM-5th FL, CR H (SC) | Rule 12 Hearing | Howe, Hon. Janice W | Held - Under advisement |
| 05/06/2021 11:00 AM | Civil A | SALEM-5th FL, CR H (SC) | Rule 16 Conference | Howe, Hon. Janice W | Not Held |
| 07/13/2021 02:00 PM | Civil A | SALEM-5th FL, CR H (SC) | Motion Hearing to Amend Complaint | Drechsler, Hon. Thomas | Rescheduled |
| 07/13/2021 02:00 PM | Civil A | SALEM-5th FL, CR H (SC) | Rule 12 Hearing | Drechsler, Hon. Thomas | Rescheduled |
| 07/29/2021 11:30 AM | Civil A | SALEM-5th FL, CR H (SC) | Motion Hearing to Amend Complaint | Drechsler, Hon. Thomas | Held - Under advisement |
| 07/29/2021 12:00 PM | Civil A | SALEM-5th FL, CR H (SC) | Rule 12 Hearing | Drechsler, Hon. Thomas | Held - Under advisement |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
| --- | --- | --- | --- | --- |
| Service | 05/07/2020 | 08/05/2020 | 90 | 07/16/2020 |
| Answer | 05/07/2020 | 09/04/2020 | 120 | 04/06/2021 |
| Rule 12/19/20 Served By | 05/07/2020 | 09/04/2020 | 120 | 04/06/2021 |
| Rule 12/19/20 Filed By | 05/07/2020 | 10/05/2020 | 151 | 04/06/2021 |
| Rule 12/19/20 Heard By | 05/07/2020 | 11/03/2020 | 180 | 04/06/2021 |
| Rule 15 Served By | 05/07/2020 | 09/04/2020 | 120 | 04/06/2021 |
| Rule 15 Filed By | 05/07/2020 | 10/05/2020 | 151 | 04/06/2021 |
| Rule 15 Heard By | 05/07/2020 | 11/03/2020 | 180 | 04/06/2021 |
| Discovery | 05/07/2020 | 08/01/2022 | 816 | |
| Rule 56 Served By | 05/07/2020 | 10/31/2022 | 907 | |
| Rule 56 Filed By | 05/07/2020 | 11/30/2022 | 937 | |
| Final Pre-Trial Conference | 05/07/2020 | 08/30/2021 | 480 | |
| Judgment | 05/07/2020 | 05/09/2022 | 732 | |
| Under Advisement | 11/17/2020 | 12/17/2020 | 30 | 02/16/2021 |
| Under Advisement | 07/29/2021 | 08/28/2021 | 30 | |
| Under Advisement | 07/29/2021 | 08/28/2021 | 30 | 07/29/2021 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
| --- | --- | --- | --- |
| 05/07/2020 | Attorney appearance<br>On this date Robert E Mazow, Esq. added for Plaintiff Paul Moran, on behalf of himself and all others similarly situated | | |
| 05/07/2020 | Case assigned to:<br>DCM Track F - Fast Track was added on 05/07/2020 | | Image |
| 05/07/2020 | Original civil complaint filed. | 1 | Image |

| Date | Description | # | |
|---|---|---|---|
| 05/07/2020 | Civil action cover sheet filed. | 2 | Image |
| 05/07/2020 | Demand for jury trial entered. | | |
| 06/02/2020 | Attorney appearance<br>On this date John Richard Yasi, Esq. added for Plaintiff Paul Moran, on behalf of himself and all others similarly situated (filed 5/29/2020) | 3 | Image |
| 06/02/2020 | Attorney appearance<br>On this date Brian McNiff, Esq. added for Plaintiff Paul Moran, on behalf of himself and all others similarly situated(filed 5/29/2020) | 4 | Image |
| 06/02/2020 | Attorney appearance<br>On this date Michael C Forrest, Esq. added for Plaintiff Paul Moran, on behalf of himself and all others similarly situated (filed 5/29/2020) | 5 | Image |
| 06/08/2020 | Attorney appearance<br>On this date Robert Bruce Smith, Esq. added for Defendant Stonehill College, INC. (6/3/2020) | 6 | Image |
| 06/08/2020 | Attorney appearance<br>On this date Kenneth J Demoura, Esq. added for Defendant Stonehill College, INC. (6/3/2020) | 6 | |
| 07/14/2020 | Amended: First amended complaint filed by Paul Moran, on behalf of himself and all others similarly situated<br>filed 7/13/20 | 7 | Image |
| 07/14/2020 | Claim filed under 93A | | |
| 07/14/2020 | Notice of 93A complaint sent to Attorney General | 8 | Image |
| 07/24/2020 | Service Returned for<br>Defendant Stonehill College, INC.: Service made in hand; on 7/16/2020 to Sgt. Matt Gorhan, agent, person in charge at the time of service for Stonehill College, Inc. 320 Washington Street North Easton, MA  (filed 7/23/2020) | 9 | Image |
| 07/30/2020 | Defendant Stonehill College, INC.'s Assented to Motion for<br>extending time for Stonehill College to answer or move to August 28, 2020. | 10 | Image |
| 07/30/2020 | Endorsement on Motion for Extending Time For Stonehill College To Answer Or Move To August 28, 2020 (#10.0): ALLOWED<br>w/assent. Dated 7/30/2020. | | Image |
| 08/24/2020 | Stonehill College, INC.'s Motion for leave to file brief in excess of 20 pages in length int its memorandum in support of motion to dismiss<br>under Rule 9 (a)(6)  (fax) | 11 | Image |
| 08/25/2020 | Endorsement on Motion to file brief in excess of 20 pages (#11.0): ALLOWED<br><br>Judge: Drechsler, Hon. Thomas | | Image |
| 08/31/2020 | Defendant's Notice of intent to file motion To Dismiss<br><br>Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | 12 | Image |
| 09/21/2020 | Defendant Stonehill College, INC.'s Motion to<br>Dismiss First Amended Complaint (Hearing Requested) (filed 9/21/2020) | 13 | Image |
| 09/21/2020 | Stonehill College, INC.'s Memorandum in support of Motion To Dismiss First Amended Complaint (filed 9/21/2020) | 13.1 | Image |
| 09/21/2020 | Affidavit of Thomas V. Flynn In Support Of Stonehill College's Motion To Dismiss (filed 9/21/2020) | 13.2 | Image |
| 09/21/2020 | Opposition to To Defendant, Stonehill College's Motion To Dismiss First Amended Complaint filed by Paul Moran, on behalf of himself and all others similarly situated<br>(filed 9/21/2020) | 13.3 | Image |
| 09/21/2020 | Request for hearing filed<br><br>(filed 9/21/2020)<br><br>Applies To: Stonehill College, INC. (Defendant) | 13.4 | Image |
| 09/21/2020 | Affidavit of compliance with Superior Court Rule 9C<br>(filed 9/21/2020)<br><br>Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | 13.5 | Image |

| | | | |
|---|---|---|---|
| 09/21/2020 | Affidavit of compliance with Superior Court Rule 9A (filed 9/21/2020) | 13.6 | Image |
| | Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | | |
| 09/21/2020 | Rule 9A notice of filing | 13.7 | Image |
| | And Index Of Documents Filed Pursuant To Superior Court Rule 9A On Defendant's Motion To Dismiss (filed 9/21/2020) | | |
| 09/28/2020 | Affidavit of compliance with Superior Court Rule 9A filed 9/23/20 | 14 | Image |
| | Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | | |
| 09/29/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 09/29/2020 14:20:52<br>Notice Sent To: Robert E Mazow, Esq. Mazow & McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To: John Richard Yasi, Esq. Yasi & Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To: Michael C Forrest, Esq. Forrest, LaMothe, Mazow, McCullough, Yasi&Yasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To: Brian McNiff, Esq. Forrest LaMothe Mazow McCullough Yasi & Yasi, P.C. 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To: Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To: Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 | | |
| 10/27/2020 | Event Result:: Rule 12 Hearing scheduled on:<br>      11/05/2020 12:30 PM<br>Has been: Rescheduled      For the following reason: By Court prior to date<br>Hon. Janice W Howe, Presiding<br>Staff:<br>      Jose Mejia, Assistant Clerk Magistrate | | |
| 10/27/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/27/2020 15:26:39<br>Notice Sent To: Robert E Mazow, Esq. Mazow & McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To: John Richard Yasi, Esq. Yasi & Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To: Michael C Forrest, Esq. Forrest, LaMothe, Mazow, McCullough, Yasi&Yasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To: Brian McNiff, Esq. Forrest LaMothe Mazow McCullough Yasi & Yasi, P.C. 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To: Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To: Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 | | |
| 10/30/2020 | Defendant Stonehill College, INC.'s Notice of supplemental authority in support of its motion to dismiss. filed 10/28/20 | 15 | Image |
| 11/02/2020 | Plaintiff Paul Moran, on behalf of himself and all others similarly situated's Notice of supplemental authority in support of his opposition to defendant's motion to dismiss. filed 10/29/20 | 16 | Image |
| 11/17/2020 | Matter taken under advisement: Rule 12 Hearing scheduled on:<br>      11/17/2020 02:00 PM<br>Has been: Held - Under advisement<br>Comments: (Via Zoom) FTR - 2:30:12 p.m., Courtroom H<br>Hon. Janice W Howe, Presiding<br>Staff:<br>      Jose Mejia, Assistant Clerk Magistrate | | |
| 11/17/2020 | Defendant Stonehill College, INC.'s Submission of Additional Case In Support of Motion to Dismiss (filed 11/17/20) | 17 | Image |
| 11/17/2020 | Plaintiff Paul Moran, on behalf of himself and all others similarly situated's Notice of Supplemental Authority in Support of His Opposition to Defendant's Motion To Dismiss (filed 11/17/20) | 18 | Image |
| 01/22/2021 | Plaintiff Paul Moran, on behalf of himself and all others similarly situated's Submission of his opposition to defendant's motion to dismiss. filed 1/11/21 | 19 | Image |

| | | | |
|---|---|---|---|
| | his opposition to defendant's motion to dismiss. filed 1/11/21. | | |
| 01/29/2021 | Defendant Stonehill College, INC.'s Submission of<br>Second Notice of Supplemental Authority Supporting its Motion to Dismiss | 20 | Image |
| 02/01/2021 | Attorney appearance<br>On this date Brian McNiff, Esq. dismissed/withdrawn for Plaintiff Paul Moran, on behalf of himself and all others similarly situated | 21 | Image |
| 02/16/2021 | MEMORANDUM & ORDER:<br><br>On Defendant's Motion to Dismiss<br>ORDER: for the foregoing reasons, defendant Stonehill College, Inc's motion to dismiss is ALLOWED as to Count II, and DENIED as to Counts I, III and IV.  Count II of the First Amended Complaint and Demand for Jury Trial is hereby DISMISSED.<br>Dated February 16,2021.<br><br>Judge: Howe, Hon. Janice W | 22 | Image |
| 02/17/2021 | JUDGMENT on Defendants,  Stonehill College, INC. 12(b) motion to dismiss against Plaintiff(s) Paul Moran, on behalf of himself and all others similarly situated.<br>It is ORDERED and ADJUDGED:<br>That Count II (violations of G.L.c. 93A, section 2) against Stonehill College, Inc. be and hereby are DISMISSED. | 23 | Image |
| 02/26/2021 | Received from<br>Defendant Stonehill College, INC.: Answer to amended complaint; (e-mail) | 24 | Image |
| 03/08/2021 | Request for hearing filed<br><br>filed 3/2/21.<br><br>Applies To: Stonehill College, INC. (Defendant) | 25 | Image |
| 03/12/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  03/12/2021 09:55:15<br>Notice Sent To:  Robert E Mazow, Esq. Mazow and McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To:  John Richard Yasi, Esq. Yasi and Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To:  Michael C Forrest, Esq. Forrest, Mazow, McCullough, YasiandYasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To:  Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To:  Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 | | |
| 03/12/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  03/12/2021 12:57:32<br>Notice Sent To:  Robert E Mazow, Esq. Mazow and McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To:  John Richard Yasi, Esq. Yasi and Yasi Two Salem Green, Salem, MA 01970<br><br>Notice Sent To:  Michael C Forrest, Esq. Forrest, Mazow, McCullough, YasiandYasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To:  Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To:  Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 | | |
| 03/19/2021 | Defendant's Notice of intent to file motion To Dismiss For Lack Of Subject Matter Jurisdiction<br><br>Applies To: Stonehill College, INC. (Defendant) | 26 | Image |
| 04/05/2021 | Plaintiff Paul Moran, on behalf of himself and all others similarly situated's Motion to amend the<br>First Amended Complaint to Add Co-Plaintiff Matthew Moran | 27 | Image |
| 04/05/2021 | Paul Moran, on behalf of himself and all others similarly situated's Memorandum in support of Motion to Amend | 27.1 | Image |
| 04/05/2021 | Opposition to Motion to Amend filed by Stonehill College, INC. | 27.2 | Image |
| 04/05/2021 | Stonehill College, INC.'s Memorandum in opposition to Motion to Amend | 27.3 | Image |
| 04/05/2021 | Request for hearing filed | 27.4 | Image |

| | | | |
|---|---|---|---|
| | Applies To: Mazow, Esq., Robert E (Attorney) on behalf of Paul Moran, on behalf of himself and all others similarly situated (Plaintiff) | | |
| 04/05/2021 | Affidavit of compliance with Superior Court Rule 9A | 27.5 | Image |
| | Applies To: Mazow, Esq., Robert E (Attorney) on behalf of Paul Moran, on behalf of himself and all others similarly situated (Plaintiff) | | |
| 04/05/2021 | Rule 9A list of documents filed. | 27.6 | Image |
| 04/05/2021 | Rule 9A notice of filing | 27.7 | Image |
| 04/06/2021 | Defendant Stonehill College, INC.'s Motion to dismiss all counts<br>First Amended Class Action Complaint for Lack of Subject Matter Jurisdiction<br><br>9A package filed 3/30/2021 | 28 | Image |
| 04/06/2021 | Stonehill College, INC.'s Memorandum in support of Motion to Dismiss | 28.1 | Image |
| 04/06/2021 | Affidavit of Thomas V. Flynn | 28.2 | Image |
| 04/06/2021 | Opposition to Motion to Dismiss filed by Paul Moran, on behalf of himself and all others similarly situated | 28.3 | Image |
| 04/06/2021 | Affidavit of compliance with Superior Court Rule 9A | 28.4 | Image |
| | Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | | |
| 04/06/2021 | Affidavit of compliance with Superior Court Rule 9C | 28.5 | Image |
| | Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | | |
| 04/06/2021 | Request for hearing filed | 28.6 | Image |
| | Applies To: Smith, Esq., Robert Bruce (Attorney) on behalf of Stonehill College, INC. (Defendant) | | |
| 04/06/2021 | Rule 9A list of documents filed.<br><br>and Notice of Filing | 28.7 | Image |
| 04/06/2021 | Reply/Sur-reply<br><br>to Plaintiff's Opposition to Motion to Dismiss  (filed 4/2/2021)<br><br>Applies To: Stonehill College, INC. (Defendant) | 28.8 | Image |
| 04/13/2021 | Event Result::  Rule 16 Conference scheduled on:<br>     05/06/2021 11:00 AM<br>Has been: Not Held     For the following reason: By Court prior to date<br>Comments: Motion to dismiss scheduled.<br>Hon. Janice W Howe, Presiding<br>Staff:<br>    Jose Mejia, Assistant Clerk Magistrate | | |
| 04/13/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  04/13/2021 11:41:50<br>Notice Sent To:  Robert E Mazow, Esq. Mazow and McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To:  John Richard Yasi, Esq. Yasi and Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To:  Michael C Forrest, Esq. Forrest, Mazow, McCullough, YasiandYasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To:  Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To:  Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 | | |
| 04/13/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  04/13/2021 11:46:37<br>Notice Sent To:  Robert E Mazow, Esq. Mazow and McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To:  John Richard Yasi, Esq. Yasi and Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To:  Michael C Forrest, Esq. Forrest, Mazow, McCullough, YasiandYasi, PC 2 Salem Green Suite 2, Salem, MA 01970 | | |

| Date | Event |
|---|---|
| | Notice Sent To: Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To: Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 |
| 05/03/2021 | Event Result:: Rule 12 Hearing scheduled on:<br>    07/13/2021 02:00 PM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Thomas Drechsler, Presiding<br>Staff:<br>    Jose Mejia, Assistant Clerk Magistrate |
| 05/03/2021 | Event Result:: Motion Hearing to Amend Complaint scheduled on:<br>    07/13/2021 02:00 PM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Hon. Thomas Drechsler, Presiding<br>Staff:<br>    Jose Mejia, Assistant Clerk Magistrate |
| 05/03/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/03/2021 14:07:45<br>Notice Sent To: Robert E Mazow, Esq. Mazow and McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To: John Richard Yasi, Esq. Yasi and Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To: Michael C Forrest, Esq. Forrest, Mazow, McCullough, YasiandYasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To: Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To: Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 |
| 05/03/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/03/2021 14:10:47<br>Notice Sent To: Robert E Mazow, Esq. Mazow and McCullough, PC 10 Derby Square 4th Floor, Salem, MA 01970<br>Notice Sent To: John Richard Yasi, Esq. Yasi and Yasi Two Salem Green, Salem, MA 01970<br>Notice Sent To: Michael C Forrest, Esq. Forrest, Mazow, McCullough, YasiandYasi, PC 2 Salem Green Suite 2, Salem, MA 01970<br>Notice Sent To: Robert Bruce Smith, Esq. Demoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880<br>Notice Sent To: Kenneth J Demoura, Esq. DeMoura Smith LLP 607 North Ave Suite F, Wakefield, MA 01880 |
| 07/29/2021 | Matter taken under advisement: Motion Hearing to Amend Complaint scheduled on:<br>    07/29/2021 11:30 AM<br>Has been: Held - Under advisement<br>Comments: FTR COURTROOM H<br>Hon. Thomas Drechsler, Presiding<br>Staff:<br>    Jose Mejia, Assistant Clerk Magistrate |
| 07/29/2021 | Endorsement on Motion to amend the first amended complaint and to add co-plaintiff, Matthew Moran (#27.0): Other action taken<br>In the exercise of this Court¿s discretion the motion is Allowed. Of relevance is the fact that the def. failed to raise its Rule 12 (b)(1) lack of standing argument in its first Rule 12 motion, filed on 9/21/20 and denied by this court on 2/18/21. There is no prejudice to the def. from allowance of this motion and justice so requires.    Image |
| 07/29/2021 | Matter taken under advisement: Rule 12 Hearing scheduled on:<br>    07/29/2021 12:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR COURTROOM H<br>Hon. Thomas Drechsler, Presiding<br>Staff:<br>    Jose Mejia, Assistant Clerk Magistrate |
| 08/02/2021 | Endorsement on Motion to dismiss first amended complaint (#28.0): DENIED<br>¿.. Therefore, this second motion to dismiss is DENIED.<br><br>Judge: Drechsler, Hon. Thomas    Image |
| 08/02/2021 | Attorney appearance<br>On this date Robert E Mazow, Esq. added for Plaintiff Matthew Moran on behalf of Themselves and all |

| | | | |
|---|---|---|---|
| | others similarly situated | | |
| 08/02/2021 | Attorney appearance<br>On this date John Richard Yasi, Esq. added for Plaintiff Matthew Moran on behalf of Themselves and all others similarly situated | | |
| 08/02/2021 | Attorney appearance<br>On this date Michael C Forrest, Esq. added for Plaintiff Matthew Moran on behalf of Themselves and all others similarly situated | | |
| 08/02/2021 | Amended: Second original complaint filed by Paul Moran on behalf of Themselves and all others similarly situated, Matthew Moran on behalf of Themselves and all others similarly situated<br>Jury Demand | 29 | Image |
| 08/03/2021 | CORRECTED ORDER: ENDORSEMENT ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT<br>. DENIED....Therefore, this second motion to dismiss is DENIED. | 30 | Image |
| 08/25/2021 | Answer to amended complaint<br><br>Answer And Affirmative Defenses Of Stonehill College, Inc. To Second Amended Complaint | 31 | Image |
| 09/13/2021 | Plaintiffs, Defendant Paul Moran on behalf of Themselves and all others similarly situated, Matthew Moran on behalf of Themselves and all others similarly situated, Stonehill College, INC.'s Joint Motion to extend tracking order deadlines | 32 | Image |
| 09/15/2021 | Endorsement on Motion to extend tracking order deadlines (joint) (#32.0): ALLOWED<br>9/15/21 ALLOWED by joint agreement. | | Image |
| 11/01/2021 | Stipulation of dismissal with Prejudice as to Paul Moran on behalf of Themselves and all others similarly situated, Matthew Moran on behalf of Themselves and all others similarly situated's original complaint (JOINT Stipulation)<br><br>Applies To: Paul Moran on behalf of Themselves and all others similarly situated (Plaintiff) | 33 | Image |
| 11/02/2021 | Party status:<br>Plaintiff Paul Moran on behalf of Themselves and all others similarly situated: Dismissed by agreement of parties; | 33 | |
| 01/26/2022 | Defendant Stonehill College, INC.'s Notice of Appearance<br><br>Applies To: Flynn, Esq., Thomas V (Attorney) on behalf of Stonehill College, INC. (Defendant) | 34 | Image |
| 03/14/2022 | Plaintiff, Defendant Matthew Moran on behalf of Themselves and all others similarly situated, Stonehill College, INC.'s Joint Motion to<br>extend tracking order deadlines | 35 | Image |
| 03/16/2022 | Endorsement on Motion to extend tracking order deadlines (#35.0): ALLOWED<br>3/16/22 ALLOWED by joint agreement. | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | 04/06/2021 | |