FILED
IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Eastern Division

|  |  |  |
|---|---|---|
| MICHAEL BUSH<br>*Plaintiff*<br><br>VS.<br><br>THE WANG CENTER FOR THE<br>PERFORMING ARTS, INC. d/b/a Boch Center<br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   1:22-cv-10473 |

## PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES, RULE 26(f) CONFERENCE, DISCOVERY, AND COMPLIANCE WITH LOCAL R. CIV. P. 7.1(a)(2)

Plaintiff hereby moves to compel the Defendant to provide initial disclosures, engage in the requisite Fed. R. Civ. P. 26(f) conference, respond to discovery requests, and comply with Local R. Civ. P. 7.1(a)(2). In support of this motion the Plaintiff encloses a memorandum of reasons.

June 4, 2022

Respectfully submitted,

*Michael Bush*, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
Bmoc54@verizon.net

Phone: (978) 734-3323

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify, pursuant to Local Rule 7.1(a)(2), that on June 3, 2022, I requested via email to schedule a telephone conference with the Defendant's counsel in an effort to resolve or narrow the issues regarding this motion. The Defendant's counsel replied via email that same day and refused to engage in such a conference. That email exchange is enclosed as Exhibit 1.

*/s/ Michael Bush*, Pro Se
Michael Bush

## CERTIFICATE OF SERVICE

I, Michael Bush, hereby certify that I have, on this 4th day of June, 2022, served a copy by mail of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2) and Local Rule 5.2 upon the following:

Bruce E. Falby & Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street
26th Floor
Boston MA 02110-1447

*/s/ Michael Bush*, Pro Se
Michael Bush