# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Eastern Division

|  |  |  |
|---|---|---|
| MICHAEL BUSH<br>*Plaintiff*<br><br>VS.<br><br>THE WANG CENTER FOR THE<br>PERFORMING ARTS, INC. d/b/a Boch Center<br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   1:22-cv-10473-GAO |

## *PLAINTIFF'S COVER LETTER*

My Opposition To Defendant's Motion For Leave To File Reply In Support Of Its Motion To Dismiss Plaintiff's First Amended Complaint And Request For Reconsideration did not promptly appear in the ECF system for this case after I mailed it on June 2nd, 2022. (A copy of my USPS receipt of mailing appears below.) So I called and spoke with Clerk's Office staff today and after a search was informed that the Clerk's Office never received the Opposition. The staff member I spoke with suggested that if I hand deliver the Opposition today that I could include a cover letter like this to clarify that I had mailed the Opposition well in advance of the filing deadline for an Opposition.

Thank you for your anticipated understanding.

June 7, 2022

_Michael Bush_, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323

```
          UNITED STATES
          POSTAL SERVICE.

              CARLISLE
           70 BEDFORD RD
        CARLISLE, MA 01741-1891
             (800)275-8777
06/02/2022                          02:06 PM
-----------------------------------------------
Product              Qty    Unit      Price
                            Price
-----------------------------------------------
First-Class Mail®     1                $1.36
Large Envelope
    Boston, MA 02110
    Weight: 0 lb 1.50 oz
    Estimated Delivery Date
       Sat 06/04/2022

First-Class Mail®     1                $1.36
Large Envelope
    Boston, MA 02210
    Weight: 0 lb 1.60 oz
    Estimated Delivery Date
       Sat 06/04/2022

US Flags Bklt/20      1    $11.60     $11.60
-----------------------------------------------
Grand Total:                          $14.32
-----------------------------------------------
Credit Card Remitted                  $14.32
    Card Name: VISA
    Account #: XXXXXXXXXXXX8664
    Approval #: 002404
    Transaction #: 570
    AID: A0000000031010
    AL: VISA CREDIT            Chip
    PIN: Not Required
```