UNITED STATES DISTRICT COURT
for the
District of Massachusetts
Eastern Division

|  |  |
|---|---|
| MICHAEL BUSH<br>*Pro Se Plaintiff*<br><br>VS.<br><br>THE WANG CENTER FOR THE<br>PERFORMING ARTS, INC. d/b/a Boch Center<br>*Defendant* | ) Case No.   1:22-cv-10473<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **PLAINTIFF'S REQUEST FOR RULINGS**

*Pursuant to Local Rule of Civil Procedure 7.1(a)(3)*

Local R. Civ. P. 7.1(b)(2) states that, "A party opposing a motion shall file an opposition within 14 days after the motion is served… The 14-day period is intended to include the period specified by the civil rules for mailing time and provide for a uniform period regardless of the use of the mails." The Defendant has failed to file an opposition to the Plaintiff's Motion to Compel Initial Disclosures, Rule 26(f) Conference, Discovery, and Compliance with Local R. Civ. P. 7.1(a)(2) within the 14 days allowed for filing an opposition.

Local. R. Civ. P. 7.1(f) states that, "Motions that are not set down for hearing as provided in subsection (e) will be decided on the papers submitted after an opposition to the motion has been filed, or, if no opposition is filed, after the time for filing an opposition has elapsed." As the time for the Defendant to file an opposition elapsed without it having filed an opposition, the Plaintiff's Motion must be granted.

Local R. Civ. P. 7.1(a)(3) states that, "The court shall rule on motions as soon as practicable, having in mind the reporting requirements set forth in the Civil Justice Reform Act."

Wherefore, the Plaintiff respectfully requests this Court:

1. grant his pending request for leave to file electronically pro se in this case, and
2. grant his unopposed Motion to Compel Initial Disclosures, Rule 26(f) Conference, Discovery, and Compliance with Local R. Civ. P. 7.1(a)(2) and order sanctions in accordance with the Motion.

June 20, 2022

*Michael Bush*, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323