# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br><br>   Plaintiff,<br><br>v.<br><br>THE WANG CENTER FOR THE<br>PERFORMING ARTS, INC.<br>d/b/a Boch Center,<br><br>   Defendant. | Case No.: 1:22-cv-10473-NMG |

### DEFENDANT'S MOTION FOR A STAY OF DISCOVERY PENDING DECISION ON THE WANG CENTER'S MOTION TO DISMISS

Defendant The Wang Center for the Performing Arts, Inc. d/b/a Boch Center ("The Wang Center") hereby moves to stay all discovery in this action ("Motion to Stay") pending a decision on its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss"). As discussed in the Memorandum in Support of The Wang Center's Motion to Stay, The Wang Center's pending Motion to Dismiss is likely to obviate the need for discovery in this case because Plaintiff's claims are likely to be dismissed as inadequately plead. Granting a temporary Motion to Stay all discovery obligations would therefore be in the interests of efficiency, would conserve the parties' resources, and would not prejudice the Plaintiff because any resulting delay would be slight. The Wang Center's Motion to Stay should therefore be granted.

Dated: June 21, 2022

            Respectfully submitted,

            The Wang Center for the Performing Arts, Inc.
            d/b/a Boch Center

            By its attorneys,

            /s/ *Bruce E. Falby*

Bruce E. Falby (BBO No. 544143)
Kelsey Tavares (BBO No. 705934)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)
bruce.falby@us.dlapiper.com
kelsey.tavares@us.dlapiper.com

## LOCAL RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for The Wang Center certifies that on June 20, 2022, and June 21, 2022, she reached out via e-mail and phone to Plaintiff to confer regarding the instant Motion to Stay in an effort to resolve or narrow the issues in good faith. Plaintiff responded by email on June 21 that he was available to confer on June 22. Counsel for The Wang Center responded by email describing the Motion to Stay, offering to speak with Mr. Bush any time on the afternoon of June 21, and explaining that they would be filing the Motion on June 21 as it is intertwined with their opposition to Plaintiff's Motion to Compel. Counsel for the Wang Center offered to forgo their motion if Mr. Bush withdrew his and invited an email response if he was unavailable by phone. Mr. Bush did not respond on the afternoon of June 21. Counsel for the Wang Center did not expect that Plaintiff would agree to their offer or to the relief requested in The Wang Center's Motion to Stay discovery in the above-captioned action given that Plaintiff has already filed a Motion to Compel the same discovery.

/s/ *Kelsey Tavares*
Kelsey Tavares

Case 1:22-cv-10473-NMG Document 36 Filed 06/21/22 Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished this 15th day of June 21, 2022 via email and first class mail to:

Michael Bush
280 Lowell Street
Carlisle, MA 01741
frymesomebacon@protonmail.com

*Plaintiff*

/s/ *Bruce E. Falby*
Bruce E. Falby

**Extremely Urgent**

6/21/22, 6:15 PM                                    UPS CampusShip | UPS - United States



Scan QR code to schedule a pickup

**Domestic Shipment**
- To qualify for the lett correspondence, urg 8 oz. or less. UPS Exp or weighing more th

**International Shipm**
- The UPS Express env value. Certain countri ups.com/importexpo

- To qualify for the lette UPS express envelope

**Note:** UPS Express env electronic media conta do not send cash or ca

0.4 LBS LTR   1 OF 1

BUSINESS CENTER
6174065995
DLA PIPER LLP (US)
33 ARCH STREET
BOSTON MA 02110

SHIP TO:
MICHAEL BUSH
MICHAEL BUSH
280 LOWELL STREET
CARLISLE MA 01741-1300

MA 018 9-02

UPS NEXT DAY AIR    1

TRACKING #: 1Z 6V6 652 01 9819 3897

BILLING: P/P

Client Matter (Billable ONLY): 308283-000011
Firm Expense GL Code (Non Billable): 6652000-000-026-8800-00
CS 22.5.00
WN1NV50 26.0A 06/2022

Air®
de Express®
Air®
de Expedited®

lect®



Exhibit 2

International Shipping N by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

personal Information, please see the UPS Privacy Notice at www.ups.com
010195103  5/21  PAC  United Parcel Service



# Exhibit 4

**Falby, Bruce E.**  Mike Bush Tavares, Kelsey
Jun 22, 2022 at 3:33 PM

We sufficiently conferenced our motion yesterday as set forth in Kelsey's certification and your email today confirms your disagreement with our motion. Our consistent position on a Rule 26(f) conference is again set forth in the opposition to your motion that we filed yesterday.

Bruce E. Falby
Partner

T +1 617 406 6020
F +1 617 406 6120
M +1 781 264 5134
bruce.falby@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com



**From:** Mike Bush <bmoc54@verizon.net>
**Sent:** Wednesday, June 22, 2022 2:32 PM
**To:** Falby, Bruce E. <Bruce.Falby@us.dlapiper.com>; Tavares, Kelsey <Kelsey.Tavares@us.dlapiper.com>
**Cc:** Hadley, Alexandra <Alexandra.Hadley@us.dlapiper.com>
**Subject:** Re: Michael Bush v. The Wang Center for the Performing Arts, Inc., Case 1:22-cv-10473-GAO (D. Mass.)

Hi Kelsey & Bruce,

As I wrote in my initial reply yesterday, I was not available yesterday. I am still available for a teleconference today, Thursday, or Friday. Given that you've already served the documents I assume you no longer desire the Local Rule 7.1 teleconference for your purposes and still refuse to engage in the Federal Rule 26(f) conference I have repeatedly requested.

Sincerely,
Mike Bush

Reply

Reply All

Forward

**Falby, Bruce E.**     Tavares, Kelsey Mike Bush
Jun 21, 2022 at 3:18 PM

Kelsey you may not seen my email just now to Mr. Bush but we have communicated the same message. Mr. Bush, you can talk to Kelsey at 4:30 pm or me anytime this afternoon. Thanks.

Get Outlook for iOS

---

**From:** Tavares, Kelsey <Kelsey.Tavares@us.dlapiper.com>
**Sent:** Tuesday, June 21, 2022 3:14 PM
**To:** Mike Bush <bmoc54@verizon.net>
**Cc:** Falby, Bruce E. <Bruce.Falby@us.dlapiper.com>; Hadley, Alexandra <Alexandra.Hadley@us.dlapiper.com>
**Subject:** Re: Michael Bush v. The Wang Center for the Performing Arts, Inc., Case 1:22-cv-10473-GAO (D. Mass.)

Are you available this afternoon around 4:30pm? The grounds for our motion are straightforward, we are asking that the court stay all discovery in the case (including conference and initial disclosure obligations) pending the court's ruling on our motion to dismiss. We assume that you will object given your pending motion to compel seeking to push discovery forward. Because our opposition to the motion to compel and this motion to stay are interrelated we were planning to file them both today.

**Falby, Bruce E.**     Mike Bush Tavares, Kelsey
Jun 21, 2022 at 3:00 PM

Mr. Bush, Kelsey is on a plane so I am responding to your email.
Are you available later this afternoon to confer? The grounds for our motion are straightforward, we are asking that the court stay all discovery in the case (including conference and initial disclosure obligations) pending the court's ruling on our motion to dismiss, as is standard practice. We assume that you will object given your pending motion to compel seeking to proceed with discovery. Because our opposition to the motion to compel and this motion to stay are interrelated and our opposition is due today we are planning to file them both today unless you are willing to withdraw your motion and agree to stay discovery pending the court's ruling on the motion to dismiss. Happy to discuss this on the phone if you want to call me at +17812645134 or an email response would be fine. Thanks.
Bruce Falby

Get Outlook for iOS

**From:** Mike Bush <bmoc54@verizon.net>
**Sent:** Tuesday, June 21, 2022 12:28:02 PM
**To:** Tavares, Kelsey <Kelsey.Tavares@us.dlapiper.com>
**Cc:** Falby, Bruce E. <Bruce.Falby@us.dlapiper.com>; Hadley, Alexandra <Alexandra.Hadley@us.dlapiper.com>
**Subject:** Re: Michael Bush v. The Wang Center for the Performing Arts, Inc., Case 1:22-cv-10473-GAO (D. Mass.)

⚠ EXTERNAL MESSAGE

Hi Kelsey,

I assume you mean a conference by phone. I am available from 11:00 a.m. to 1:00 p.m. as well as from 4:00 to 5:00 p.m. tomorrow, Wednesday June 22nd. On Thursday June 23rd and Friday June 24th I'm available from 9 to 11 a.m. and from 2 to 4 p.m. Feel free to specify a time in one or more of those slots that would work well for you.

Kind Regards,
Mike Bush


On June 20, 2022 at 6:37:14 PM, Tavares, Kelsey (kelsey.tavares@us.dlapiper.com) wrote:

Good afternoon,


Please advise as to your availability tomorrow for a conference regarding an impending motion that we intend to file for a stay of all discovery deadlines pending a ruling on our Motion to Dismiss in the above-captioned case.


Thanks,

Kelsey