FILED
IN CLERKS OFFICE

2022 JUN 28  AM 11: 54

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

### Eastern Division

|  |  |  |
|---|---|---|
|  | Case No. | 1:22-cv-10473 |

)
)
)
)
)
)
MICHAEL BUSH,                    )
*Pro Se Plaintiff*                 )
)
VS.                          )
)
THE WANG CENTER FOR THE          )
PERFORMING ARTS, INC. d/b/a Boch Center  )
*Defendant*                    )
)

---

## AFFIDAVIT OF PRO SE PLAINTIFF MICHAEL BUSH IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION FOR A STAY OF DISCOVERY PENDING DECISION ON THE WANG CENTER'S MOTION TO DISMISS

I, Michael Bush, hereby state as follows:

1. I am the pro se Plaintiff in this case. I make the following statements based upon my personal knowledge and belief in support of my opposition to the Defendant's motion to stay all discovery.

2. I had to spend over three and a half hours of my time writing, preparing, and serving the opposition and accompanying documents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2022

_Michael Bush_, Pro Se

Michael Bush
280 Lowell Street
Carlisle MA 01741
_Bmoc54@verizon.net_
Phone: (978) 734-3323