# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts
## Eastern Division

|  |  |  |
|---|---|---|
| MICHAEL BUSH<br>*Pro Se Plaintiff*<br><br>VS.<br><br>THE WANG CENTER FOR THE<br>PERFORMING ARTS, INC. d/b/a Boch Center<br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   1:22-cv-10473 |

# PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HIS MOTION TO COMPEL INITIAL DISCLOSURES, RULE 26(f) CONFERENCE, DISCOVERY, AND COMPLIANCE WITH LOCAL R. CIV. P. 7.1(a)(2)

In accordance with Local R. Civ. P. 7.1(b)(3) the Plaintiff hereby moves for leave to file a reply in support of his motion to compel initial disclosures, Rule 26(f) conference, discovery, and compliance with Local R. Civ. P. 7.1(a)(2).

Respectfully submitted,

June 28, 2022

*Michael Bush*, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify, pursuant to Local Rule 7.1(a)(2), that on June 28, 2022, I requested the Defendant's assent via email to file this motion and the Defendant's counsel replied that they would not oppose said motion. Thus, no issues existed to be resolved or narrowed. That email exchange is enclosed as Exhibit 1.

_____, Pro Se
Michael Bush

## CERTIFICATE OF SERVICE

I, Michael Bush, hereby certify that I have, on this 28th day of June, 2022, placed a copy of the foregoing and any accompanying document(s) in a USPS mailbox for service via first class mail pursuant to Fed. Rule Civ. Proc. 5(b)(2) and Local Rule 5.2 upon the following:

Bruce E. Falby & Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street
26th Floor
Boston MA 02110-1447

_____, Pro Se
Michael Bush