# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Eastern Division

|  |  |
|---|---|
| MICHAEL BUSH<br>*Pro Se Plaintiff*<br><br>VS.<br><br>THE WANG CENTER FOR THE<br>PERFORMING ARTS, INC. d/b/a Boch Center<br>*Defendant* | Case No.   1:22-cv-10473 |

## PLAINTIFF'S MEMORANDUM OF REASONS IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY

In accordance with Local R. Civ. P. 7.1(b)(1), the Plaintiff hereby submits this memorandum of reasons in support of his attendant motion. The certificate of service and Local Rule 7.1 certification are in the motion itself.

The proposed Reply will assist the Court in resolving the Plaintiff's motion to compel the Defendant to provide initial disclosures, engage in the requisite Fed. R. Civ. P. 26(f) conference, respond to discovery requests, and comply with Local R. Civ. P. 7.1(a)(2) by enabling the Plaintiff to respond to points raised in Defendant's Opposition which were not addressed in the Plaintiff's initial motion, including (1) the notion that case law overrides rules of civil procedure, (2) the interpretation of Fed. R. Civ. P. 26(f), (3) the Defendant's accusation that the Plaintiff

violated Local. R. Civ. P. 7.1, and (4) the Defendant's misapplication of case law and Fed. R. Civ. P. 26(b)(2)(C)(iii) to argue that all discovery should be stayed.

The Plaintiff requested and received the Defendant's assent to file this motion unopposed. (See Exhibit 1 enclosed.)

This Court recently granted the Defendant's opposed motion for leave to file a 10 page reply in support of its already voluminous motion to dismiss. Here, the Plaintiff moves for leave to file merely a four page reply in support of his much shorter motion to compel discovery and attendant memorandum of reasons.

For these reasons, the Plaintiff requests this Court grant his motion for leave to file a four page reply within seven days of the entry of its order.

June 28, 2022

Respectfully submitted,

_Michael Bush_, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323

# Exhibit 1

**Subject: RE: Assent to a Reply? | Bush v. Wang Center**
From: Tavares, Kelsey - To: bmoc54@verizon.net - Cc: Falby, Bruce E. - Date: June 28, 2022 at 12:43 PM

Mr. Bush,

Although we think the issue is clear, we will not oppose a motion for leave to file a reply.

Thanks,
Kelsey

**From:** Mike Bush <bmoc54@verizon.net>
**Sent:** Tuesday, June 28, 2022 12:24 PM
**To:** Tavares, Kelsey <Kelsey.Tavares@us.dlapiper.com>
**Cc:** Falby, Bruce E. <Bruce.Falby@us.dlapiper.com>
**Subject:** Assent to a Reply? | Bush v. Wang Center

⚠ EXTERNAL MESSAGE

Hi Kelsey,

I'm addressing this to you and Cc'ing Bruce as you seem to have been engaging in most of the correspondence regarding this case. But if you would prefer otherwise, please let me know.

In a Reply not exceeding five pages, I'd like to address a few issues not appearing in my motion to compel discovery which the defendant raised in its opposition. Do you assent on the defendant's behalf to a motion for leave to file such a reply?

Kind Regards,
Mike Bush
280 Lowell Street
Carlisle MA 01741

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.